IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BETTY NORTON, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: 3:22-CV-00563 |
| | ) | |
| v. | ) | JUDGE HELMICK |
| | ) | |
| KILOLO KIJAKAZI, | ) | MAGISTRATE JUDGE PARKER |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| Defendant. | ) | <u>ORDER</u> |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. During said proceeding, the medical opinion evidence and other evidence of record will be reevaluated under the relevant regulations, claimant will be offered the opportunity for a hearing, and further action will be taken to complete the administrative record and issue a new decision.

Date: 6/21/22                                    Entered: s/Jeffrey J. Helmick